MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
STEVE CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br><br>STEVE CORREA<br><br>    Defendant. | Case No. 2:08 mj 50 KJM<br><br>**STIPULATION OF THE PARTIES TO Continue; Order thereon**<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that time beginning February 25, 2008, and extending through March 20, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, all Defendant consents to an extension of the time for preliminary examination until March 20, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due

Stip

diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation. Counsel for the defendant has talked to his client with all agreeing that the interests of justice
are furthered thereby.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1(d). The parties further request that this matter be taken off calendar until March 20, 2008, or such other future time as any party may request a hearing for a purpose other than preliminary examination.

IT IS SO STIPULATED.

DATE: February 22, 2008         /S/ Mark J. Reichel
                                MARK J. REICHEL
                                Attorney for Defendant
                                STEVEN CORREA


DATE: February 22, 2008         McGREGOR W. SCOTT
                                United States Attorney


                                By: /s/ Jill Thomas
                                JILL THOMAS
                                Assistant U.S. Attorney


                IT IS SO ORDERED.

DATE: February 22, 2008.
                                _____
                                U.S. MAGISTRATE JUDGE

Stip                             2