```
 1  MARK J. REICHEL, State Bar #155034
    THE LAW OFFICES OF MARK J. REICHEL
 2  555 CAPITOL MALL, 6TH FLOOR, Suite 600
    Sacramento, California  95814
 3  Telephone: (916) 498-9258
    FAX:       (916) 441-6553
 4  mark@reichellaw.com
    www.reichellaw.com
 5
    Attorney for Defendant
 6  STEVE CORREA

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )
                                )  Case No. 2:08 mj 49 KJM
12              Plaintiff,      )           2:08 mj 50 KJM
                                )
13      v.                      )  **STIPULATION OF THE PARTIES**
                                )  **TO Continue; Order thereon**
14                              )
                                )  Date: May 29, 2008
15  STEVE CORREA, AARON J.      )  Time: 2:00 p.m.
    BODENSCHATZ.                )  Judge: Hon. Gregory G.
16                              )         Hollows
                Defendants.
17  _____

18      IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that
19  the Preliminary Examination scheduled for April 17, 2008,
20  and extending through May 29, 2008 be excluded from time
21  under the Speedy Trial Act within which an indictment must be
22  found. Further, the Defendants consent to an extension of the
23  time for preliminary examination until May 29 2008. Fed. R.
24  Crim. P. 5.1(d). The parties submit that the ends of justice
25  are served by the Court excluding such time, so that they may
26  have reasonable time necessary for effective preparation,
27  taking into account the exercise of due diligence. 18 U.S.C.
28  § 3161(h)(8)(B)(iv). In particular, the time is required so
```

that the parties can discuss a proposed disposition and conduct investigation. Counsel for the defendants have talked to their respective clients in this case, and represent that they have consented to this continuance and exclusion of time, agreeing that the interests of justice are furthered thereby.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. § 3161(h)(8)(B)(iv), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until May 29, 2008, or such other future time as any party may request a hearing for a purpose other than preliminary examination.

IT IS SO STIPULATED.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: April 16 2008        By: /s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

DATED: April 16, 2008       By: /s/ Thomas Johnson
                                    THOMAS JOHNSON
                                    Attorney for Defendant
                                    AARON J. BODENSCHATZ


DATED: April 16, 2008       By: /s/ Mark Reichel
                                    MARK REICHEL
                                    Attorney for Defendant
                                    STEVEN CORREA
```

IT IS SO ORDERED.

DATED: April 16, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE