MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
STEVE CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR-S-08-224 LKK
Plaintiff, )
) **WAIVER OF APPEARANCE; ORDER**
v. ) **THEREON**
)
) **F.R.CRIM.P. 43 C**
)
STEVE CORREA, )
)
Defendants. )
_____

Pursuant to Fed.R.Crim.P. 43, defendant, STEVE CORREA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, motions hearings, entries of plea and status conferences.

The defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174

WAIVER OF APPEARANCE

(The Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without his personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: June 25 , 2008

/s/ STEVE CORREA

STEVE CORREA
(Original retained by attorney)

I concur in Mr. Correa's decision to waive his presence at future proceedings.

Dated: June 24, 2008          Respectfully submitted,

MARK J. REICHEL
Attorney at Law

/s/ Mark J. Reichel
Attorney for Defendant

IT IS SO ORDERED.

Dated: June 27, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT