1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL, 6TH FLOOR, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  STEVE CORREA

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  )
                              ) Case No. CR-s-08-224 LKK
12           Plaintiff,       )
                              ) **STIPULATION OF THE PARTIES**
13    v.                      ) **TO CONTINUE; Order thereon**
                              )
14                            ) Date: July 22, 2008
                              ) Time: 9:30 a.m.
15 STEVE CORREA                ) Judge: Hon. Lawrence K.
                              )        Karlton
16           Defendants.      )
   _____

17
         IT IS HEREBY STIPULATED by and between the parties
18
   hereto through their respective counsel, JILL THOMAS,
19
   Assistant United States Attorney,  MARK J. REICHEL, Esq.,
20
   attorney for defendant CORREA, that the present date for the
21
   status conference shall be continued to July 22, 2008.
22
         All counsel and defendant agree that time under the
23
   Speedy Trial Act from the date this stipulation is lodged
24
   through July 22, 2008 should be excluded in computing the
25
   time within which trial must commence under the Speedy Trial
26
   Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and
27

28 Stip

Local Code T4 for effective defense preparation.

DATED: June 30, 2008.                    Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED: June 30, 2008.                    /s/MARK J. REICHEL for:
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 27, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT