```
1  MARK J. REICHEL, Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 Capitol Mall, 3rd Floor Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258

4  Attorney for Defendant
   STEVEN CORREA
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-08-224-LKK |
| Plaintiff, ) | |
| ) | |
| v.   ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND DATE FOR SELF** |
| ) | **SURRENDER** |
| ) | |
| STEVEN CORREA ) | Date: May 12, 2009 |
| ) | Time: n/a |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that the date for the self surrender of the defendant to serve the term previously imposed shall be set for May 12, 2009 at 2:00 p.m.

IT IS SO AGREED:


DATED: May 4, 2009                    /s/

                                      MARK J. REICHEL
                                      ATTORNEY AT LAW
                                      Attorney for defendant




Stip and Order

DATED: May 4, 2009						LAWRENCE BROWN
								UNITED STATES ATTORNEY


								/s/ Mark Reichel

								By JILL THOMAS
								ASSISTANT UNITED STATES ATTORNEY

    IT IS SO ORDERED. All other orders of this court in shall remain in full force and effect.

DATED: May 4, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT